GARY L. BOSTWICK (SBN 79000)
gbostwick@bostwickjassy.com
BOSTWICK & JASSY LLP
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025
Telephone: (310) 979-6059
Fax: (310) 314-8401

SASHA G. RAO (SBN 244303)
sasha.rao@ropesgray.com
ANDREW J. KONING (SBN 263082)
drew.koning@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Fax: (650) 617-4090

CHRISTOPHER J. HARNETT (admitted *pro hac vice*)
christopher.harnett@ropesgray.com
TODD M. SIMPSON (admitted *pro hac vice*)
todd.simpson@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Fax: (212) 596-9090

Attorneys for Defendant
GOOGLE INC.

///

///

///

///

///

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VEDERI, LLC,

Plaintiff,

v.

GOOGLE, INC.,

Defendant.

AND RELATED COUNTERCLAIMS

Case No. CV10-07747 AK (CWx)

**DECLARATION OF DAVID MARTIN OF GOOGLE INC. IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF ALL ASSERTED CLAIMS**

Date: August 14, 2012
Time: 1:30 PM
Hon. Alex Kozinski

I, David Martin, declare as follows:

1. I reside in Oakland, California. I am qualified in all respects to make this declaration and have personal knowledge of the facts set forth herein.

2. I currently work at Google Inc. ("Google") in Mountain View, California, where I have worked since August 2009 in Google's Pose & 3D Vision Group on the Street View project. I am a technical lead and software engineer.

3. Prior to working at Google, I was an Assistant Professor in the Computer Science Department at Boston College from 2003 to 2009.

4. I received a B.S.E. from Princeton University in 1996 in Computer Science and a Ph.D. from U.C. Berkeley in 2002 in Computer Vision.

5. Google's Street View lets users explore geographic locations around the world by viewing spherical depictions of street-level imagery. I have

intimate knowledge of Street View, including how images are gathered, processed, stored, and transmitted to Street View users.

6. All statements in this declaration were true from the entirety of July 2007 to present.

7. If asked to testify in Court under oath about the matters discussed in the declaration, I could and would so testify.

## I. GOOGLE GATHERS IMAGES FROM CAMERAS FACING IN MULTIPLE DIRECTIONS TO ENABLE GOOGLE TO CREATE SPHERICAL PROJECTIONS

8. Google operates vehicles that drive through business and residential areas around the world collecting images.

9. The majority of these images are captured using a car with as many as fifteen cameras mounted on top, as shown below.



10. The cameras on the car are adjacent and take overlapping pictures.

11. Pictures are taken in all directions from a single location at approximately the same time.

12. The distance between pictures taken as the car drives down the street may vary. Pictures are typically taken at a higher density in a downtown area of a city compared to a highway.

## II. GOOGLE PROCESSES THE GATHERED IMAGES TO CREATE AND STORE SPHERICAL IMAGES THAT PROVIDE A VIEW FROM A SINGLE LOCATION ON A STREET

13. The individual images as captured are distorted by wide-angle lenses, making them unsuitable for viewing without further processing.

14. The gathered images undergo a series of processing steps to create a full spherical image (sometimes referred to as a spherical projection). These processing steps include color correction, brightness equalization, and noise reduction. Google also blurs personal information including license plate numbers and people's faces.

15. To remove the overlap and create a panorama that is a continuous spherical projection, Google "stitches" or "blends" the images together by using the known properties of the cameras (e.g. the direction in which the cameras face) to project the images onto a sphere. The stitching process applies special image processing algorithms to lessen "seams" where the images meet in order to create a smooth transition. As shown below, the seams (or blending boundaries) include pixels taken from the different, adjacent cameras.

///

///

///

///




16. An enormous amount of data is collected and processed in order to create the stored spherical images. Google developed a number of complex algorithms to perform the processing described above.

17. Because it is a two-dimensional representation of a spherical shape, the resulting spherical image appears distorted. Examples of some two-dimensional spherical images are shown below:





Figure 1: A sample panorama.




18. The entirety of the spherical image is curved; there is no portion of the spherical image that is vertical flat.

19. Google creates copies of the same spherical projection at multiple resolutions so that, if a user zooms into an area of a picture, a higher resolution spherical image can be retrieved.

20. Google cuts each spherical projection into square tiles to reduce bandwidth when a user is viewing only a portion of the spherical image. An example of a "multi-resolution tile pyramid" is shown below:




21. No portion of the spherical images stored in the Google servers is a "vertical flat" depiction.

22. Google does not create panoramas using images with multiple viewpoints. All spherical projections present a view from a single location on the path of travel of the car that collected the pictures. Presenting images in this way provides a user experience more faithful to reality – it is as if the user is standing at the location where the images used to create the spherical image were captured.

///

///

///

## III. STREET VIEW USER COMPUTERS RETRIEVE THE TILES OF STORED SPHERICAL IMAGES AND RE-PROJECT THE IMAGES ONTO A SPHERE FOR DISPLAY ON THE USER COMPUTER

23. When a Street View user requests images of a particular location, the user's computer submits a request to the Street View server and receives the requested image tiles from the Street View server.

24. All of the image tiles sent to a user's web browser are pieces of a spherical projection.

25. The tiles sent to a user's web browser are re-projected onto a sphere for display. Along with the tiles, an XML file (a file that holds metadata for the images) is sent to the user's computer for use by a client player in re-projecting the sphere.

26. An example of such a spherical projection is shown below.



27. The projection shown above allows a user to look around inside a spherical virtual environment, providing the effect of actually being at the location where the images used to create the spherical image were captured. As a user pans around from the inside of the spherical projection, the user's computer retrieves additional tiles from the Street View server.

28. No portion of the spherical images displayed on a user's computer is a vertical flat depiction.

I declare, under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: Mountain View, California
April 30, 2012

David Martin