GARY L. BOSTWICK (SBN 79000)
gbostwick@bostwickjassy.com
BOSTWICK & JASSY LLP
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025
Telephone: (310) 979-6059
Fax:  (310) 314-8401

SASHA G. RAO (SBN 244303)
sasha.rao@ropesgray.com
ANDREW J. KONING (SBN 263082)
drew.koning@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Fax:  (650) 617-4090

CHRISTOPHER J. HARNETT (admitted *pro hac vice*)
christopher.harnett@ropesgray.com
TODD M. SIMPSON (admitted *pro hac vice*)
todd.simpson@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Fax:  (212) 596-9090

Attorneys for Defendant
GOOGLE INC.

///

///

///

///

///

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VEDERI, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>        Defendant. | Case No. CV10-07747 AK (CWx)<br><br>**DECLARATION OF GARY L. BOSTWICK IN SUPPORT OF GOOGLE'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF ALL ASSERTED CLAIMS**<br><br>Date:  August 14, 2012<br>Time:  1:30 PM<br>Hon. Alex Kozinski |

AND RELATED COUNTERCLAIMS

I, Gary L. Bostwick, state and declare as follows:

1.    I am a partner at the law firm of Bostwick & Jassy LLP and I am counsel to Google Inc. in this matter.

2.    Attached hereto as <u>Exhibit A</u> is a true and correct copy of pages 1-4 of Docket No. 1 (Vederi's Complaint for Patent Infringement; Demand for Jury Trial).

3.    Attached hereto as <u>Exhibit B</u> is a true and correct copy of asserted U.S. Patent No. 7,239,760 which issued on July 3, 2007, to named inventors Enrico Di Bernardo and Luis F. Goncalves.

4.    Attached hereto as <u>Exhibit C</u> is a true and correct copy of asserted U.S. Patent No. 7,577,316 which issued on August 18, 2009, to named inventors Enrico Di Bernardo and Luis F. Goncalves.

1         5.     Attached hereto as Exhibit D is a true and correct copy of

2    asserted U.S. Patent No. 7,805,025 which issued on September 28, 2010, to named

3    inventors Enrico Di Bernardo and Luis F. Goncalves.

4         6.     Attached hereto as Exhibit E is a true and correct copy of asserted

5    U.S. Patent No. 7,813,596 which issued on October 12, 2010, to named inventors

6    Enrico Di Bernardo and Luis F. Goncalves.

7         7.     Attached hereto as Exhibit F is a true and correct copy of Plaintiff

8    Vederi, LLC's Supplemental Responses to Defendant Google, Inc.'s First Set of

9    Interrogatories dated January 12, 2012.

10        8.     Attached hereto as Exhibit G is a true and correct copy of pages[1]

11   1-15, 24-26, and 32-33 of Docket No. 50 (Google's Opening Claim Construction

12   Brief filed on October 4, 2011).

13        9.     Attached hereto as Exhibit H is a true and correct copy of all

14   pages of Docket No. 50-1 (Declaration of Dr. John R. Grindon in Support of

15   Google's Opening Claim Construction Brief).

16        10.     Attached hereto as Exhibit I is a true and correct copy of pages

17   2-118 of Docket No. 50-16 (Provisional Application No. 60/238,490 which was filed

18   on October 6, 2000, listing named inventors Enrico Di Bernardo and Luis

19   Goncalves).

20

21        11.     Attached hereto as Exhibit J is a true and correct copy of pages

22   2-14 of Docket No. 50-18 (January 23, 2007 Amendment submitted by Vederi to the

23   U.S. Patent & Trademark Office as part of the prosecution history of asserted U.S.

24   Patent No. 7,239,760).

25

26

27   [1]    For documents taken from the case docket, the pages cited refer to the pages of

28   the Court's filing endorsement stamped at the top of the page.

1    12.    Attached hereto as Exhibit K is a true and correct copy of pages
2    1-10, 23-24, and 28 of Docket No. 51 (Plaintiff Vederi, LLC's Opening Claim
3    Construction Brief filed on October 4, 2011).

4    13.    Attached hereto as Exhibit L is a true and correct copy of pages
5    1-8, 20-28, and 30 of Docket No. 56 (Plaintiff Vederi, LLC's Responsive Claim
6    Construction Brief filed on October 25, 2011).

7    14.    Attached hereto as Exhibit M is a true and correct copy of all
8    pages of Docket No. 56-1 and pages 1-4 of Docket No. 56-2 (Declaration of Luis
9    Goncalves in Support of Plaintiff Vederi's LLC Responsive Claim Construction
10   Brief).

11   15.    Attached hereto as Exhibit N is a true and correct copy of pages
12   1-9, 18-22, and 28 of Docket No. 57 (Google's Answering Claim Construction Brief
13   filed on October 25, 2011).

14   16.    Attached hereto as Exhibit O is a true and correct copy of all
15   pages of Docket No. 57-1 (Supplemental Declaration of Dr. John R. Grindon in
16   Support of Google's Answering Claim Construction Brief).

17   17.    Attached hereto as Exhibit P is a true and correct copy of Docket
18   No. 58 (Minutes of the Markman Hearing held on November 22, 2011).

19   18.    Attached hereto as Exhibit Q is a true and correct copy of pages
20   1-32, 92-94, 104-121, and 127-129 of Docket No. 62 (Transcript for the Markman
21   Hearing held on November 22, 2011).

22   19.    Attached hereto as Exhibit R is a table prepared by Google
23   containing the full text of the asserted claims.

24   20.    Attached hereto as Exhibit S is a true and correct copy of a
25   Google Developers document for the Street View Service available at
26   https://developers.google.com/maps/documentation/javascript/streetview.

28

-4-

1    I declare, under the penalty of perjury, under the laws of the United
2  States, that the foregoing is true and correct.
3    Executed this 1st day of May 2012 at Los Angeles, California.
4
5                               /s/ Gary L. Bostwick
                                        Gary L. Bostwick
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-5-