JS-6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

VEDERI, LLC,

       Plaintiff,

    v.

GOOGLE, INC.,

       Defendant.

AND RELATED COUNTERCLAIMS

Case No. CV10-07747 AK (CWx)

**JUDGMENT**

Date: Sept. 7, 2012
Time: 1:30 PM
Hon. Alex Kozinski

    For the reasons stated in the court's opinion dated September 26, 2012 and entered October 2, 2012 (docket entry 112),

    IT IS HEREBY ORDERED AND ADJUDGED as follows:

    1.    Google's Motion for Summary Judgment of Noninfringement of All Asserted Claims of U.S. Patent Nos. 7,239,760; 7,577,316; 7,805,025; and 7,813,596 is GRANTED.

    2.    Vederi's Motion for Summary Judgment of Literal Infringement is DENIED.

    3.    Plaintiff Vederi takes nothing, the action by Vederi is dismissed with prejudice and Google is to recover its costs from Vederi.

1

2   **IT IS SO ORDERED AND ADJUDGED.**

3

4

5   Dated: _____, 2012

6                                           _____
                                            HONORABLE ALEX KOZINSKI
7                                           Chief Circuit Judge
                                            Sitting by designation
8                                           28 U.S.C. § 291(b)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28