IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

VEDERI, LLC,

   Plaintiff,

v.

GOOGLE, INC.,

   Defendant.

Case No. CV10-07747 AK (CWx)

**AMENDED JUDGMENT**

AND RELATED COUNTERCLAIMS

  For the reasons stated in the Court's opinion dated September 26, 2012, and entered October 2, 2012 (docket entry 112), and further in view of the parties' Joint Motion for Entry of Amended Final Judgment:

  IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

  1. Google's Motion for Summary Judgment of Noninfringement of All Asserted Claims of U.S. Patent Nos. 7,239,760; 7,577,316; 7,805,025; and 7,813,596 is GRANTED.

  2. Vederi's Motion for Summary Judgment of Literal Infringement is DENIED.

  3. Judgment is entered in favor of Google on Vederi's claims of infringement and Google's counterclaims for declaratory judgment of non-

infringement.

4. Google's counterclaims for invalidity are dismissed without prejudice in light of the above judgment.

5. Plaintiff Vederi takes nothing, the action by Vederi is dismissed with prejudice, and Google is to recover its costs from Vederi.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: \_\_\_Feb 27\_\_\_, 2013.

_____
Hon. Alex Kozinski
Chief Circuit Judge
Sitting by designation
28 U.S.C. § 291(b)