UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDERI, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV10-07747 AK (CWx)<br><br>ORDER<br><br>Hon. Alex Kozinski |

    The parties' joint motion to stay this action pending the U.S. Patent and Trademark Office reexamination and appeal is granted.  This matter is stayed until the PTO concludes <u>inter partes</u> reexaminations and appeals for the four patents involved in this lawsuit.  The parties shall notify this court no later than 14 days after the PTO concludes its review.

Dated: August 25, 2014

                                            _____
                                            HONORABLE ALEX KOZINSKI
                                            Chief Circuit Judge
                                            Sitting by designation
                                            28 U.S.C. § 291(b)